| | | | |
|---|---|---|---|
| AUSA: | James Carty | Telephone: | (313) 226-9100 |
| Special Agent: | Brendt Smith | Telephone: | (313) 202-3400 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.

Milton JIMMERSON

Case No.   Case: 2:22−mj−30438
Assigned To : Unassigned
Assign. Date : 10/12/2022
USA V. JIMMERSON (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 27, 2022** in the county of **Wayne** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Brendt Smith - ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: October 12, 2022

_____
Judge's signature

City and state: Detroit, Michigan

Honorable Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Brendt Smith being duly sworn, depose and state the following:

### I. INTRODUCTION

1. I have personal knowledge of the facts set forth in this affidavit with the exception of matters expressly stated to be based upon information and belief.

2. I make this affidavit with personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, written reports, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or facts of which I am aware relating to this investigation.

3. I have been employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since January 2022. I am currently assigned to the Detroit, Michigan Field Division, Group II. In this role, I investigate violations of firearms, arson, fraud, explosives, and narcotics laws. Prior to my employment with ATF, I was employed by United States Customs and Border Protection (CBP), Office of Field Operations, for approximately eight years in the position of federal officer. Prior to my employment with CBP, I was employed by the City of Saint Clair for approximately seven years in the position of police officer.

1

4. I have an associate degree in Criminal Justice from Saint Clair County Community College. I graduated from the Kirtland Regional Police Academy and completed the CBP Field Operations Academy, Criminal Investigator Training Program and Special Agent Basic Training at the Federal Law Enforcement Training Center.

5. I am currently conducting an investigation into the violation of federal firearms laws by Milton Jimmerson (B/M, DOB: XX/XX/1992), specifically 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

6. I have conducted a criminal history check for Jimmerson and learned that he has been convicted of two prior felony offenses (Felony Firearm, 2014, Felony Weapons – Carrying Concealed, 2018), both in the State of Michigan, Third Judicial Circuit Court.

## II. PROBABLE CAUSE

7. On September 27, 2022, Detroit Police Department (DPD) officers were at Citgo Gas Station at 11700 Chalmers in Detroit, Michigan. While in the parking lot, an officer observed a subject, later identified as Milton Jimmerson, exit the Citgo on foot and grab a heavy "L" shaped bulge in the front appendix area of his pants. The officer recognized the "L" shape to be the butt end of a firearm.

8. Officers told Jimmerson to stop, and to quit reaching into his waistband area. Officers prevented Jimmerson from pulling anything out of his waistband by restraining his right wrist. Jimmerson told the officer he wouldn't fight and to grab "it". The DPD officer recovered a black Ruger, Model 57, 5.7 Caliber pistol. The pistol was loaded with 11 live rounds of ammunition. When asked by officers if he had a valid Concealed Pistol License (CPL), Jimmerson responded that he did not have CPL. Law enforcement queries confirmed Jimmerson did not have a CPL.

9. I provided the information on the firearm to Special Agent McLean who has extensive training and experience in firearms interstate nexus. SA McLean concluded that the firearm was manufactured outside the State of Michigan and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

[*This section left intentionally blank*]

## III. CONCLUSION

10. Based on the above information, I have probable cause to believe that Milton Jimmerson knowingly possessed a firearm after having been convicted of a felony offense in violation of Title 18 U.S.C. Section 922(g). This violation occurring within the Eastern District of Michigan.

Respectfully submitted,

_____
Brendt Smith, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
And/or by reliable electronic means

_____
Hon. Kimberly G. Altman
United States Magistrate Judge

Dated: October 12, 2022

4